JOHN G. GIMMY, Appellant, v. HENRY LIESE et al.,
Respondents.

No. 1371; October 21, 1867.

**Evidence.—The Evidence of One Who is, or has Been, a Judge**
of court as to how he would have decided a case had it come to him
for decision years before is not admissible.

**Divorce—Collateral Attack on Decree.—**The question whether
a judgment in a divorce suit was erroneous or regular, or whether the
relief granted was within the power of the court to grant, cannot be
raised in a separate proceeding, especially after the divorce judgment
has been affirmed on appeal.

APPEAL from Twelfth Judicial District, San Francisco
County.

D. W. Perley for appellant; S. W. Holladay for respondents.

SAWYER, J.—This is an action to vacate, on the ground
of fraud in obtaining it, a judgment in a suit for divorce, as
to that part of said judgment which adjudges and sets apart
to the wife, the plaintiff in the divorce suit, a lot of land then
occupied and claimed by her as a homestead. The court
found the issues against the plaintiff and rendered judg-
ment for defendant. There is nothing in the record to justify
us in setting aside the finding on the question of fraud, or any
other issue of fact; and the allegations of fraud were put in
issue.

The court properly refused to allow Judge Campbell to
answer the question propounded to him by appellant. His
answer could at best have been only a conjecture as to what
he might have done years ago, as judge, upon a supposed state
of facts. The questions as to whether the judgment in the
divorce suit was erroneous or regular, or the relief afforded
within the power of the court to grant, was determined by our
predecessors on appeal from the judgment itself. This was
the very question to review which the appeal in that cause was
taken, and the determination, whether right or wrong, is final.

Judgment and order denying a new trial affirmed.

We concur: Sanderson, J.; Rhodes, J.; Shafter, J.; Currey,
C. J.